IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| QUANTEZ KIRKLAND,<br>AIS #216619,<br><br>    Plaintiff,<br><br>v.<br><br>WARDEN HEADLEY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 2:20-CV-785-WHA<br>)<br>)<br>)<br>) |

## **ORDER**

On May 10, 2021, the Magistrate Judge entered a Recommendation (Doc. #15) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with an order of this court;

3. Other than the filing fee assessed to Plaintiff in this case, no costs are taxed.

A separate Final Judgment will be entered.

DONE this 11th day of June, 2021.

                                        /s/  W. Harold Albritton
                                        SENIORUNITED STATES DISTRICT JUDGE